TEMPORARY ADDRESS ↓

To: CLERK OF COURT　　　　　　　LEELAND EISENBERG, Pro'Se
　　US FEDERAL COURT　　　　　　　　　　　　　　　　　PLAINTIFF
　　1 COURTHOUSE WAY　　　　　　Reg. No. 15477-049
　　BOSTON, MA. 02210　　　　　　FCI BUTNER 1
　　　　　　　　　　　　　　　　　PO BOX 1000
( CIVIL DEPT. )　　　　　　　　　BUTNER, NC. 27509-1000

FILED IN CLERKS OFFICE
2022 APR 25 PM 1:11
U.S. DISTRICT COURT
DISTRICT OF MASS.

April 18, 2022

RE: "LEELAND EISENBERG -V- Peoples Republic of CHINA" et, Al
　　= 28 USC ss 1605 (2) & (5)　28 USC ss 1330;

　　I KEEP WRITING TRYING TO FIND OUT WHAT THE COURT DID WITH MY CIVIL ACTION COMPLAINT? I FILED IT Pro'Se, VIA CERTIFIED MAIL, THE POST OFFICE TRACKING INDICATES MY CIVIL FILING WAS delivered TO THE COURT WAY BACK ON ( FEBRUARY 4, 2022) AT ( 10:24 AM )　　( SEE POSTAL RECORD Enclosed )

　　I FILED EVERYTHING, INCLUDING (2) COPIES TRANSLATED INTO CHINESE.
　　= PER 28 USC ss 1608 (4)

　　IT'S NOW BEEN 2 ½ MONTHS　　THE COURT HAS NEVER REPLIED TO ME?

　　WHEN I FILED IT, MY TEMPORARY ADDRESS WAS 950 HIGH STREET CENTRAL FALLS Rhode Island, IF THE COURT RETURNED IT TO ME, I MOVED AND IT WAS LIKELY SENT BACK TO THE COURT? I AM A LEGAL RESIDENT BORN & RAISED IN MASSACHUSETTS.

　　CAN YOU PLEASE TELL ME WHERE IS MY LEGAL CIVIL FILING(S)? HAS THE COURT RULED ON ANY OF THE SUPPLEMENTAL MOTIONS ???

THANK YOU FOR YOUR TIME & REPLY!

　　　　　　　　　　　　　　　　　Respectfully
CC.
CHIEF ADMIN. JUSTICE OF THE Superior Court
EISENBERG, FILE;
　　　　　　　　　　　　　　　　　LEELAND EISENBERG, PLAINTIFF Pro'Se