UNITED STATES FEDERAL DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LEELAND EISENBERG
v.
PEOPLES REPUBLIC OF CHINA

CASE NO. 1:22-CV-10194-I.T.

## Plaintiff's Motion To Clarify Residency-Jurisdiction

1.) The Plaintiff filed his civil action from a "Temporary" address initially in Rhode Island (After) Consulting The Clerk's Office First," to make sure it was OK.

2.) The Plaintiff is now "Temporarily" in "North Carolina" but returning to his address in Boston in 60 Days" his Permanent Residence is Boston, He is a Registered Voter of Massachusetts, and will be Returning to Boston in approx. 60 Days. He is only in the State of North Carolina (Temporarily) for the next 60 Days, So his civil action will remain in the District of Massachusetts.

Dated 5/9/22

Leeland Eisenberg
FCI Butner I
PO Box 1000
Butner, NC 27509