Clerk of Court  Rm 2300         PLAINTIFF PRO 'SE
US Federal District Court       LEELAND EISENBERG
1 Courthouse Way                REGISTRATION NO. 15477-049
Boston, MA. 02210               FCI BUTNER I
                                PO BOX 1000
May 18, 2022                    BUTNER, NC. 27509

FILED IN CLERKS OFFICE
2022 MAY 23 PM 1:00
U.S. DISTRICT COURT
DISTRICT OF MASS.

RE: "EISENBERG -V- Peoples Republic of China et, al"
    CIVIL DOCKET NO. 1:22-CV-10194-IT

1.) The Court Repeatedly Keeps Entering my "Wrong-Address"

2.) The Court Keeps Recording my Case as a "42:1983 Prisoner Civil Rights" case. It is NOT a "42§1983 Prisoner Civil Rights Complaint"

Please For God's Sake Will Someone Please Actually Review The Civil Filing. The Defendant is "The Peoples Republic of China" NOT The U.S. Government, Nor a Federal Agency, NOT A Federal Employee or Official. IS NOT A Prisoner's Civil Rights Complaint

The Jurisdiction is 28 USCS §§ 1330 Against a Sovereign Foreign Nation State" With Claims under 28 USCS §§ 1605-A (2) & (5) as to Commercial Activity & Personal Injury Not Subject to Immunity!

NOT 42 US §§ 1983

I keep writing to the court over and over and over again and again, but none of the many errors are being corrected, why?

1.) My Temporary Address is == Leeland Eisenberg 15477-049
FCI Butner 1
Po Box 1000
Butner, NC 27509

Not "Butner Medical Center
Po Box 1600

I am here in North Carolina for only "60 days" I will be returning to my Permanent Residence in Boston in 60 days. Please do not dismiss my suit because of Residency Jurisdiction.

My Civil Action is against "The Peoples Republic of China" Not the US Government or a Federal Agency Employee or US Government Official under 42 §§ 1983

Will you please correct all this, I keep writing the Clerks office but nothing gets corrected

Thank you

Leeland Eisenberg