# UNITED STATES OF AMERICA

LEELAND EISENBERG
AFFIANT,

DISTRICT OF MASSACHUSETTS

## PLAINTIFF'S AFFIDAVIT

(I) LEELAND EISENBERG, HEREBY DEPOSE AND SAY UNDER AFFIRMATION:

1.) THAT I SWEAR TO THE FOLLOWING FACTS IN SUPPORT OF BOTH, MY COMPLAINT OF JUDICIAL MISCONDUCT, AND IN SUPPORT OF MY DISTRICT MOTION FOR RECUSAL.

2.) THAT I AM THE PLAINTIFF PRO/SE OF A CIVIL ACTION COMPLAINT ENTITLED "LEELAND EISENBERG - -V- PEOPLES REPUBLIC OF CHINA" CIVIL DOCKET No. 22-CV-10194-IT, NOW PROCEEDING IN THE DISTRICT COURT OF MASSACHUSETTS, BY CLAIMS PURSUANT TO 28 USC §§ 1605(A)(2) AND §, 1605(A)(5).

3.) IN A (MEMORANDUM AND ORDER) DATED MAY 19, 2022, REQUIRING OF ME AS THE (PLAINTIFF) "TO SHOW CAUSE WHY THIS CASE OUGHT NOT BE DISMISSED", WHEREIN, THE PRESIDING JUDGE (THE HON. INDIRA TALWANI, D.J.) "RIGHT OUT OF THE GATE" ON THE VERY FIRST PAGE OF HER ORDER, FOUND ON PAGE (1) BEGINNING AT LINE (5), THE JUDGE INCREDULOUSLY AND QUESTIONABLY INJECTED "OR "SUPPLANTED" HER OWN FACTUAL CLAIMS - FOR - THAT-OF-THE-PLAINTIFF'S, THAT WERE NEVER PLED OR RAISED by THE PLAINTIFF IN HIS COMPLAINT, NOR ESTABLISHED BY THE FACTS OR RECORD before THE COURT. WHEREIN, BEGINNING A PAGE 1 AT LINE 5, THE JUDGE STATED MATTER-OF-FACTUALLY THAT [QUOTE: "EISENBERG, "ALLEGES THAT THE PEOPLES REPUBLIC OF CHINA, (P.R.C.") THROUGH "GAIN OF FUNCTION RESEARCH "AT A LABORATORY IN WUHAN CHINA, CREATED COVID-19 THAT ESCAPED THE LAB AND SPREAD THROUGH "AIR PASSENGER TRAFFIC" EVENTUALLY INFECTING EISENBERG IN HIS PRISON CELL" : END QUOTE]

INITIALS

CONT'D....
PG. 1/4

4.) No where in the Plaintiff's Complaint, Nor Anywhere in the Facts Established Before The Court as of the Date of It's Order of May 19, 2022, did The Plaintiff Allege, Claim or Ever say (where He Was Infected with Covid-19) and More Pointedly, The Plaintiff Never said "He Was Infected in" "His Prison Cell" or Even in a Prison, The Facts will Reveal I Was Never in a "Prison Cell" when I Became Infected Twice, once in September 2021 and Again in December 2021.

5.) What difference Does It Make "Where" The Plaintiff Became Infected, The Court's Sarcastic Remarks, Suggest That "Contracting a Deadly Virus" in "A Prison Cell" Means Something less Injurious, less Serious, less Significant Than if I "Became Infected in "A Hotel Room", a Grocery Store, or in The Lobby of The CourtHouse. Apparently It Makes a difference To This Judge, in Ways That Clearly Served To diminish and discount The Injuries, Pain and Suffering this Plaintiff Experienced From This Equal Opportunity Killer — "deadly Virus" That Unlike The Judge, does Not discriminate Nor distinguish one's Standing, The Judge's Sarcastic demeaning disparaging Remarks Suggest a Predisposition and a "Categorical Party Standing Bias Suggesting a Particular Party (Prisoner) less deserving of Justice.

6.) Why did The Judge Feel The Need To Add or Supplant Her Own Claims over Those Pled by The Plaintiff's Complaint, What Motivated Such a Grievous Hurtful derogatory disparaging Statement, What Indifference Such Judicial Sentiment Expressed Towards The Plaintiff's Injury(s) and Suffering do Those UnNecessary Remarks Reveal of The Judge's Predisposition, Animus and disdain Expressed Towards The Plaintiff's Standing, The Judge's Comments Not only Served To diminish and discount The Plaintiff's Injury But Were Themselves Injurious And Prejudicial.

_[initials]_

Contd......

PG. 3/4

7.) The Judge's dismissive Sarcastic Derogatory Comment (As A Factual Claim Not Found Anywhere In The Civil Filings) Were Not only Inappropriate Sarcastic Caustic, Toxic And Uncalled For, But it demonstrably Trivialized The Plaintiff's Injury And Discounted The Pain And Suffering He Endured In Facing The Most Extraordinary High Elevated Risk Of Death Faced by The Plaintiff Given His own Individual Serious Pre-Existing Medical Condition (S). The Plaintiff At The Time of His Covid Infection (S), Was An Elderly 60 Year Old man In Very Poor Health To Begin With, When He Was Infected With Covid-19 Not once but Twice In September And Then December 2021. The Plaintiff An Elderly 60 Year-old man Had/Has A Very Grave Serious Pre-Existing medical Condition By way of A 12 Year History of "Congestive Heart Failure", "Severe Atrial Fribulation", "Cardio Myopothy" "Hypertension/High Blood Pressure", "Emphysema"-"Respiratory Disease, Stage III Kidney Disease", A Cardiac History of (5) major Heart Attacks, 3 Heart Operations", 2-Cardiac Devise Implants Consisting of Both A Defribulator And Pacemaker After Necessitated by 4 Episodes of Complete Heart Failures. Accordingly, The Plaintiff's "Pre-Existing" Medical Condition Pursuant To C.D.C " "Serves To Severely Compromise The Plaintiff's Immune System" And The C.D.C." Reporting Findings And Studies Finds Based On This Plaintiff's Pre-Existing Medical Condition, Places This Plaintiff At The "Highest Risk Category" For Not only Infection of Covid-19; But The Exceedingly High Likelihood Of Death Resulting From Infection And Suffering The Most Severe Complications.

8.) The Judge's Unconscionable Uncalled For Unnecessary Comments Served To Discount And Dismiss The Extraordinary Sheer Horror, Pain Suffering And Anguish The Plaintiff Experienced by His Infection And Such Injury Pain And Suffering Continues To This Day By What Doctors Have diagnossed As "Long Covid-19" Complications.

*Initials*

Cont'd ....
PG. 3/4

PG. 4/4

9.) The Judge's Sarcastic Derogatory Diminimus Comments Do Not End on Page one of Here order of May 19, 2022, But Continues To Speak of Her Seemingly "Catborical" Predisposition", Bias" And Animus " Of ("All Prisoner Claims") An Expressed Prejudice Based on "who" Makes Such Civil Claims And a Certain Propensity To dismiss based on who "one is, Regardless of The Actual Facts.

So Say (I) Leeland Eisenberg Under Pains And Penalties of Perjury This 24th Day of June 2022:

Leeland Eisenberg Plaintiff-Pro'Se
Reg. No. 15477-049
FCI Butner I
Po Box 1000
Butner, NC. 27509