To: Clerk of Court
U.S. Federal District Court
One Courthouse Way
Boston, MA 02210

PLAINTIFF Pro Se

LEELAND E. EISENBERG
NEW ADDRESS
↓
307 HUNTINGTON AVE.
BOSTON, MA. 02115

## "CHANGE OF ADDRESS"

RE: Leeland Eisenberg -v- Peoples Republic of China

DOCKET NO. CASE: 1:22-cv-10194-IT

DATED: September 19, 2022

PLEASE TAKE NOTE OF (MY) CHANGE OF ADDRESS AS IT MAY RELATE TO YOUR RECORD FILE(S), IN THE ABOVE ENTITLED MATTER.

EFFECTIVE September 19, 2022 MY NEW LEGAL ADDRESS IS:

LEELAND EISENBERG
307 HUNTINGTON AVE.
BOSTON, MA. 02115

> I WILL NO LONGER RECEIVE MAIL AT PO BOX 100 BUTNER, NC. 27509

PLEASE UPDATE YOUR FILE(S) ACCORDINGLY.
THANK YOU, FOR YOUR TIME AND ATTENTION TO THIS MATTER.

PLEASE NOTE:
(IF) THE COURT SENT ANYTHING TO ME IN THE PAST 30 DAYS I DID NOT RECEIVE IT, PLEASE REMAIL IT TO MY NEW ADDRESS
THANK YOU

Respectfully
LEELAND EISENBERG