FILED
IN CLERKS OFFICE

TO; THE CLERK OF COURT, CIVIL DIVISION

U.S. FEDERAL DISTRICT COURT             2023 JAN 30  PM 12: 47

DISTRICT OF MASSACHUSETTS

ONE COURTHOUSE WAY   SUITE 2300     DISTRICT COURT

BOSTON, MA 02210

**DATED: JANUARY 27, 2023**

FROM: THE PLAINTIFF, PRO'SE

LEELAND EISENBERG

555 SUMMER STREET APT.6 #1

LYNN, MA. 01905

TEL.NO. (857) 236-7061

EMAIL: dreamweaver6171@GMAIL.COM

**RE: LEELAND EISENBERG  - V  - PEOPLES REPUBLIC OF CHINA**

**CIVIL ACTION DOCKET # 1:22-CV-10194 – IT**

ENCLOSED, PLEASE FIND PLAINTIFF'S, "STAUS-UPDATE PLEADINGS, AND REQUEST FOR CAUSE OF JUDICIAL DELAY".

KINDLY BRING THIS FILING TO THE ATTENTION OF THE PRESIDING JUSTICE,

( THE HON. INDIRA TALWANI, DCJ;.)

THANK YOU FOR YOUR TIME AND ASSISTANCE.

RESPECTFULLY, THE PLAINTIFF ,PRO'SE

LEELAND EISENBERG

# UNITED STATES FEDERAL DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LEELAND EISENBERG , PRO'SE ) | |
| PLAINTIFF ) | CIVIL CASE  DKT# NO. 1:2-CV-10194-IT |
| V            ) | |
| PEOPLES REPUBLIC OF CHINA  ) | |
| DEFENDANTS  ) | |

## PLAINTIFF'S STATUS PLEADING AND REQUEST FOR CAUSE OF JUDICIAL DELAY

NOW COMES THE PLAINTIFF, LEELAND EISENBERG,PRO"SE , TO RESPECTFULLY MOVE FOR RELIEF FROM THE PAINS OF THE INORDINATE JUDICIAL DELAY SUFFERED BY THE PLAINTIFF, SINCE THE COURT'S ORDER OF SHOW CAUSE,  DATED MAY 19, 2022 , OR SOME 9 MONTHS AGO , BY THE PRESIDING JUDGE , ( THE HON. INDIRA TALWANI, DCJ;: ) .

## RELEVANT FILING CHRONOLOGY

1) ON MAY 19th, 2022, THE COURT ISSUED AN ORDER AND MEMORANDUM UPON THE PLAINITFF, "TO SHOW CAUSE BY JUNE 17th 2022, "WHY THIS CASE OUGHT NOT BE DISMISSED", " FOR LACK OF SUBJECT MATTER JURISDICTION,  BASED ON THE COURT'S PRESUMPTION THE DEFENDANT'S WERE ENTITILED TO SOVEREIGN IMMUNITY" PURSUANT TO 28 U.S.S.  Sec. 1604."

2) ON JUNE 1st ,2022 , THE PLAINITFF TIMELY FILED HIS INTITIAL SHOW CAUSE MOTION AND MEMORANDUM , PURSUANT TO THE COURT'S MAY 19th ORDER.   DKT# 21

3) ON JUNE 10th,2022, THE PLAINTIFF FILED A SECOND AMENDED SUPPLEMENTAL MOTION AND MEMORANDUM FOR SHOW CAUSE .  DKT# 22

(1)

4) AFTER WAITING SOME 5 MONTHS FOR THE COURT'S RULING AS TO THE SHOW CAUSE PLEADING(S), ON OCTOBER 17th 2022, THE PLAINTIFF FILED A MOTION FOR A STATUS UPDATE, **DKT# 27**, FOR WHICH THE COURT NEVER RESPONDED.

5) NOW, AS OF THE DATE OF (THIS) MOTION (JANUARY 27th 2022) THE PLAINTIFF HAS SUFFERED A DELAY OF NEARLY 9 MONTHS, FOR A LACK AND WANT, AND A RIGHT, FOR TIMELY JUDICIAL ACTIONS OR RULINGS, UNDER THE COURT'S GATEKEEPR REVIEW FOR SHOW CAUSE, AND ACCORDINGLY, HEREBY (THIS) MOTION, THE PLAINTIFF RESPECTFULLY MOVES THE COURT FOR THE CAUSE OF SUCH DELAY AND THE STATUS OF THIS CASE AND ALL PLEADINGS OR MOTIONS CURRENTLY PENDING IN THIS MATTER, WHICH HAS NOW LANGUISHED SINCE THIS CIVIL ACTION WAS INTITIALLY FILED BACK ON FEBRUARY 4th, ' 2022, ONE YEAR AGO.

## **PLAINTIFF'S DISCUSSION AND MEMORANDUM IN SUPPORT**

6) **" THE DELAY OF JUSTICE...AND DENYING JUSTICE"** ARE CONSIDERED THE SAME THING. AS EMBODIED IN THE <u>" MAGNA CARTA OF 1215, CLAUSE 40 "</u>, WHICH READS, " TO NO ONE SHALL WE SELL", "TO NO ONE SHALL WE REFUSE OR DELAY" RIGHT OR JUSTICE" ! THE TERM "JUSTICE DELAYED IS JUSTICE DENIED'" IS THE LEGAL MAXIM, MEANT TO AFFIRM THAT, (IF) LEGAL REDRESS OR EQUITABLE RELIEF TO AN INJURED OR AGGRIEVED LITIGANT IS AVAILABLE, BUT NOT FORTH COMING IN A TIMELY FASHION, IT IS EFFECTIVELY THE SAME AS HAVING NO REMEDY AT ALL..

7) THE PUBLIC HAS A RIGHT TO EXPECT A JUDGE'S DECIVENESS..... LITIGANTS EXPECT, AND RIGHTFULLY EXPECT, THAT A JUDGE WILL SOON RELIEVE THEM FROM THE AGONY OF UNCERTAINTY THAT SUFFERS UNTIL JUDGMENT IS DELIVERED. THIS IS NOT TO SAY, THAT IT IS BETTER TO BE QUICK THAN RIGHT, THE AIM IS TO BE BOTH QUICK AND RIGHT, CITING THE SAGE WORDS AND WISDOM OF, JUSTCIE WILLIAM O. DOUGLAS, IN <u>'PARKER -V- ELLIS"</u>, DISSENTING OPINION, FURTHER CITING, "<u>MITCHELL –V- OVERMAN</u>" 103 U.S. 62, 26 L.Ed.369, 103 U.S. AT 64-66 THE PRINCIPLE ESPOUSED IN "JUSTICE DELAYED IS JUSTICE DENIED" IS A PRINCIPLE DEEPLY EMEBEDED IN OUR JURISPRUDENCE AND AFFIRMED LONG AGO BY THE SUPREME COURT IN <u>'OVERMAN"</u>, {T}HE RULE ESTABLISHED BY THE GENERAL CONCURRENCE OF AMERICAN AND ENGLISH COURTS, IS THAT, WHERE A DELAY IN RENDERING A JUDGMENT OR DECREE, THAT IS, WHERE THE DELAY HAS BEEN CAUSED BY THE COURT, EITHER FOR IT'S CONVENIENCE OR BY MULITIPLICITY OR OF PRESS OF BUSINESS, OR, THE INTIRICACY OF ANY OTHER CAUSE NOT ATTRIBUTABLE TO THE LACHES OF THE PARTIES, THE COURT'S PAUSE OR DELAY CAN BE ITSELF INJURIOUS, PAINFUL AND PREJUDICIAL BY THE UNCERTATINTY BROUGHT BY SUCH INDECIVENESS OR DELAY.

8) THE LATIN LEGAL MAXIM, **"ACTUS CURIAE NEMINEM GRAVABIT"**, WHICH HAS BEEN WELL SAID TO BE FOUND IN RIGHT AND GOOD SENSE', AND TO AFFORD A SAFE AND CERTAIN GUIDE TO THE ADMINISTRATION OF JUSTICE ..... IS THE DUTY OF THE COURT TO SEE THAT THE PARTIES SHALL NOT SUFFER BY DELAY.

9) THE REVERED AND ESTEEMED CHIEF JUSTICE WARREN E. BURGER, NOTED TO THE AMERICAN BAR ASSOCIATION IN 1970', " A SENSE OF CONFIDENCE IS ESSENTIAL TO MAINTAIN THE FABRIC OF SOCIETY OR ORDERED LIBERTY OF FREE PEOPLE, AND SPOKE OF THREE THINGS THAT COULD DESTROY THAT CONFIDENCE AND DO INCALCULABLE DAMAGE TO THE SOCIETY ". 1) THAT PEOPLE COME TO BELIEVE THAT INEFFICIENCY AND DELAY WILL DRAIN EVEN A JUST JUDGMENT OF IT'S VALUE, 2) THAT PEOPLE WHO HAVE LONG SUFFERED OR BEEN MARGINALIZED, OR EXPLOITED IN THE SMALLER TRANSACTIONS OF DAILY LIFE COME TO BELIEVE THAT OUR COURTS CANNOT VINDICATE THIER LEGAL RIGHTS , AND 3) OVERREACHING , THAT PEOPLE COME TO BELIEVE THE LAW IN THE LARGER SENSE CANNOT FULFILL IT'S PRIMARY PURPOSE OR FUNCTION TO PROTECT THEM."

10) "<u>JUSTICE DELAYED IS JUSTICE DENIED</u>" , FINDS SCHOLARLY ADOPTION AND REFERNCE IN THE TWENTIETH CENTURY, AND IS OFTEN ATTRIBUTED TO A COMMON REFERENCE IN AN 1868 SPEECH BY BRITISH PRIME MINISTER WILLIAM E. GLADSTONE , AND EARLIER IN AN ISSUE OF THE LOUSIAINA LAW JOURANL DATED 1842. YET, A SIMILAR PRINCIPLR WAS ESPOUSED IN A FORWARD PASSAGE OF A BOOK BY WILLAIM PENN IN 1693, THOUGH BY A DIFFERENT TAKE OF THE EPRESSION, **"TO DELAY JUSTICE.... IS AN INJUSTICE,"** BUT THE OVERARCHING MANDATE HAS COMMON APPLICATION AND PLACE BOTH OF OLD AND OF EQUAL RELEVANCE IN MODERN DAY LAW AND JURISPRUDENCE. OCCASIONAL CITATION OFFERED PRINCIPALLY FOR THE USE OF SCHOOLS OF LAW, BY GEORGE DILLWYN, (BURLINGTON ,NEW JERSEY 1851) IS A COLLECTION OF APHORIMS, IN THEM WE FIND <u>**"JUSTICE DELAYED IS LITTLE BETTER THAN JUSTICE DENED"**</u> SO THE PHRASE AND IT'S ACCEPTED PRINCIPLES ARE INDEED A VERY EARLY NINETEENTH CENTURY CONCEPT EMBRACED HERE IN THE UNITED STATES. HOWEVER, THE FIRST KNOWN REFERENCE OF SUCH PRINCIPLE DATES BACK TO BIBLICAL TIMES, FOUND IN **"PILRILEI AVOT"** : "OUR RABBI'S TAUGHT", 'THE SWORD COMES INTO THE WORLD", BECAUSE JUSTICE DELAYED IS JUSTICE DENIED" ...... **"NACHMANDIES"**, WHO UNDERSTOOD TO DISCERN THE ADVICE GIVEN TO**( JETHRO: IN EXODUS 18:22 )** "TO JUDGE THE PEOPLE AT ALL TIMES" AS SUGGESTING THAT ISRAEL NEEDED MORE JUDGES BECAUSE POTENTIAL AGGRIEVED LITIGANTS WOULD SUFFER , DO TO THEIR INABLTY TO FIND A JUDGE TO HEAR THEIR CASE."

## CONCERNS BY THE PLAINTIFF RAISING SUCH INQUIRY OF THE DELAY OF THE COURT WILL PROVOKE THE COURT'S RAFT

11) THE LATIN LEGAL MAXIM, **"ACTUS CURIAE NEMINEN GRAVABIT",** MEAINING THAT THE ACT OF THE COURT SHALL PREDJUDICE NO ONE, BECOMES APPLICABLE WHEN A SITUATION IS PROTECTED, BECAUSE THE COURT IS UNDER OBLIGATION TO UN-DO A WRONG TO A PARTY BY THE COURT'S OWN ACT. THUS, THE COURT'S DELAY SHOULD NOT PREJUDICE THE RIGHTS OF ANY PARTY, IT BEING A WELL SETTLED PRINCIPLE, AS TO SUCH SUBSEQUENT OCCURENCE AS A LITIGANT SUCH AS ( THIS PLAINTIFF'S ) COMPLAINS OR INQUIRY UPON THE JUDICIARY OVER THE PAINS AND AGONY OF THE DELAY FOR TIMELY JUSTICE (AS AT BAR) , FORESHADOWS CONCERNS AND EVEN FEARS, THAT SUCH SUBSEQUENT EVENTS (SUCH AS THIS MOTION) AS A PARTY AGGRIEVED , OUGHT NOT FRUSTRATE A WELL SETTLED CAUSE OF ACTION.

12) ACCORDINGLY, THIS PLAINTIFF HOLDS OBVIOUS TREPIDATION RESERVATIONS AND REASONED FEARS BY RAISING JUST SUCH INQUIRY OR COMPLAINT OF JUDICIAL DELAY OR INACTION HE HAS NONETHELESS ENDURED AND SUFFERED, AS TO THE PRECEIVED INEFFICIENCY WITHOUT KNOWING THE CAUSE FOR THE LACK OF JUDICIAL DECISIONS AND THE AVOIDANCE OF UNDUE JUDICIAL HESITANCY AND THE INTEGRITY OF THE DECISION-MAKING-PROCESS, THAT IMPLICATES LAW AND ETHICS, WHERE THE PLAINTIFF IS FACED WITH NO REASON UNDERSTANDING NOR CAUSE OF SUCH INORDINATE DELAY IN HIS PURSUIT OF JUSTICE AND REMEDY.

13) WHEREBY, IN SUCH CASE, ANY LITIGANT OR A LAWYER FACED WITH SUCH DILEMMA, BEING PLACED "BETWEEN A ROCK AND A HARD PLACE", THE NATURAL CONCERN AND REASONED FEAR FACING SUCH PARTY BY RAISING SUCH INQUIRY OR COMPLAINT, FINDS LEGITIMATE AND HISTORICAL EXAMPLES ABOUT A COURT'S RESPONSE BY WAY OF RULINGS OR RUSHED JUDGMENT ROOTED IN RETALIATION, BY PROVOKING THE COURT'S RAFT" BY THE PROVERBIAL "SHOOT THE MESSNGER" REACTION OF THE COURT, WHICH HAS LITTLE IF ANY REMEDY ITSELF. WHERE THE RISK, IS THAT EVEN A LITIGANTS "INQUIRY" OR MERELY PRESSING AS TO THE STATUS OF, OR RELIEF FROM, THE COURT'S DELAY , WILL PROVOKE AN ADVERSE RESULT OF THE SORT THAT THE COURT WILL RESPOND UNDER THE NOTION, "OK, SO YOU WANT TO COMPLAIN THINGS ARE NOT HAPPENING FAST ENOUGH" THE COURT MIGHT BE INCLINED TO ISSUE A SUMMARY ADVERSE RULING , ONLY TO SATIFY THE HOURS OF A CLOCK OR THE DAYS ON A CALENDAR, WITH LESS SUBSTANTIVE OTHERWISE LESS FAVORABLE OR DESERVING RULINGS DECISIONS OR DECREES, SENDING SUCH A LITIGANT TO SUFFER THE FATE OF THE APPELLATE COURTS, KICKING THE CAN DOWN THE ROAD", PASSING OFF THE FOOTBAL", FOR SUCH LITIGANT ONLY TO SUFFER EVEN MORE DELAY , MORE UNCERTATINTY AND EVEN MORE AGONY TO AWAIT

JUSTICE, CONDEMNED TO THE OVERBURDENED, OVER CROWDED DOCKET OF THE APPELLATE COURTS, OVER QUESTIONS BETTERED SERVED OR AVOIDED BY THE DISTRICT COURT.

14) THIS PLAINTIFF WAS GIVEN BUT **( 30 DAYS )** TO FILE A RESPONSE TO THIS COURT'S MAY 19TH 2022 ORDER FOR SHOW CAUSE, AND DID SO, BUT NOW HAS PAINFULLY WAITED SOME **( 8 MONTHS )** FOR THE COURT'S ANSWER . MADE TO SUFFER AND ENDURE THE AGONY AND UNBEARABLE WEIGHT OF UNCERTAINTY, IF, HE WILL EVER HAVE HIS DAY IN COURT, TO RIGHT A WRONG AND OBTAIN JUSTICE AND DUE REMEDY FOR HIS INJURIES.

15) THE PLAINTIFF MOVES THAT HIS SUFFERING AS DESCRIBE IN THIS MOTION, HAS ERODED HIS CONFIDENCE AND FAITH IN OUR JUDICIAL SYSTEM , OF THE KIND IN JUSTICE BURGER'S WISE ABNOMINITION IN 1970 ,TO THE AMERICAN BAR ASSOCIATION ,AS REFERENCED AFOREGOING IN THIS MEMORANDUM, FOUND ON PAGE ( 3 ) PAR. ( 9 ) , AND IS IN STARK AND CONFLICTING CONTRAST TO THE VERY WORDS WRITRTEN AND **ETHCED ON THE BUILDING OF THIS VERY COURTHOUSE**, OF, **" LIBERTY AND JUSTICE FOR ALL"** . EVEN THE BUILDINGS DESIGN WAS THE RESULT OF THE ARCHITECTUAL DECISION , TO REFLECT THE PRINCIPLE **" THAT EVERY CITIZEN SHOULD HAVE EQUALL ACCESS TO THE LAW"**, WHICH FROM THIS PLAINTIFF'S EXPERIENCE TO DATE, **IS MERELY AN ILLUSION AND A PIPE DREAM** , SAVE FOR OTHERS WHO CAN AFFORD THE PRICE OF JUSTICE THAT COMES WITH FAMOUS AND MIGHTY LAW FIRMS AND HIGH PRICED LAWYERS WHO CAN BETTER PROTECT AND PRESERVE THOSE IDEALS WHICH HAVE ELUDED THIS LITIGANT AS A PRO'SE PLAINTIFF AT THE MERCY OF THE COURT WHO HAS LEFT THIS PLAINTIFF TO SUFFER THE INORDINATE DELAY AND DEPRIVATION OF TIMELY JUSTICE.

**WEHEREFORE**: THE PLAINTIFF RESPECTFULLY MOVES THIS COURT, WITH TEMBLING KNEES AND REASONED FEARS, BUT WITH JUST PURPOSE, TO PROVIDE THE PLAINTIFF WITH THE CUASE OF THE COURT'S DELAY AND THE STATUS OR FATE OF HIS PRAYERS FOR JUSTICE LAYED BEFORE THIS COURT ON FEBRUARY 4th , 2022.

DATED: JANUARY 27th , 2023

BY THE PLAINTIFF, PRO'SE

*[signature]*

LEELAND EISENBERG
555 SUMMER STREET APT.6-#1
LYNN , MA. 01905
TEL.NO. (857) 236-7061
EMAIL: dreamweaver6171@GMAIL.COM