UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LEELAND EISENBERG,

    Plaintiff,

v.

PEOPLE'S REPUBLIC OF CHINA,
THROUGH THE HON. YI WANG,

    Defendant.

CIVIL ACTION

NO. __22-10194-IT__

## ORDER OF DISMISSAL

TALWANI, D.J.

In accordance with the Court's MEMORANDUM & ORDER dated February 10, 2023 [Doc. No. 32], it is hereby ORDERED that the above-entitled action be and hereby is dismissed for lack of subject matter jurisdiction.

By the Court,

February 10, 2023
Date

/s/ Daniel C. Hohler
Deputy Clerk